```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 28577
     PRECIOUS PINEDA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-7037


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was dismissed after confirmation 04/05/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
FINANCIAL CREDIT CORP      UNSECURED         1008.09          .00          190.56
BALLY TOTAL FITNESS        NOTICE ONLY     NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED         5388.12          .00         1103.62
CITIBANK                   NOTICE ONLY     NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED         7222.82          .00         1479.44
CFC FINANCIAL CORPORATIO   UNSECURED          277.26          .00           55.95
MBNA AMERICA BANK          UNSECURED         2516.45          .00          515.47
MBNA AMERICA               NOTICE ONLY     NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     205.20           .00          205.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                          316.11
DEBTOR REFUND              REFUND                                            13.65

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  6,080.00

PRIORITY                                        205.20
SECURED                                            .00
UNSECURED                                     3,345.04
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            316.11
DEBTOR REFUND                                    13.65
                       ---------------     ---------------
TOTALS                    6,080.00             6,080.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 28577 PRECIOUS PINEDA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |